# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Mark A. Moreno, United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - CJH | Recorded by – FTR |
| Courtroom - PR BC | Date – April 15, 2019 |
| U.S. Probation Officer – Stephanie Roberts | |

3:19-CR-30041-RAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Michael J. Elmore |
| vs. | |
| FRANCIS STANFORD STRICKER, | |
| Defendant. | Matthew M. Powers |

Time Hearing Set to Begin: 2:30 p.m.    Time Hearing Began: 2:32 p.m.
Defendant's Age: 47                     Education: GED + Associate's Degree

## INITIAL APPEARANCE (3 mins)

Defendant received a copy of the Indictment with a penalty page and understands the allegations and maximum possible penalties

Defendant advised of right to remain silent and to counsel

Court finds Defendant qualifies for appointment of counsel under CJA.
    Federal Public Defender's Office appointed effective April 15, 2019

## DETENTION HEARING (14 mins.)

Mr. Powers presents release plan and proffers and remarks in support thereof.

Mr. Elmore presents remarks and proffers in opposition to Defendant's request for release

The Court rules, based on the findings made on the record, that Defendant's request for release is granted. Defendant may be released on a PR basis, with conditions. Defendant shall submit to a pretrial release interview prior to leaving today.

**ARRAIGNMENT** (5 mins.)
Defendant advised of and/or understands the charges and maximum possible penalties
Defendant advised of constitutional and statutory rights
Defendant waives reading of Indictment
Defendant enters plea of not guilty to the charge contained in the Indictment and requests a jury trial

Court in Recess at 2:54 p.m.
Time in Court: 22 mins.