UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30041 |
| Plaintiff, | |
| vs. | REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 609(b) |
| FRANCIS STANFORD STRICKER, | |
| Defendant. | |

_____

The Defendant above-named, Francis Stanford Stricker, by and through his undersigned attorney, Assistant Federal Public Defender Matthew M. Powers, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of FED. R. EVID. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 16th day of April, 2019.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:
*/s/ Matthew M. Powers*

_____
Matthew M. Powers, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
101 South Pierre Street, Third Floor
P.O. Box 1258
Pierre, SD 57501
Telephone: 605-224-0009  Facsimile: 605-224-0010
filinguser_SDND@fd.org